

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00451-CV

Luis de Jesus Lara Munoz and Unimex Logistics, L.L.C.
v.
Ray Castillo

On Appeal from the
370th District Court of Hidalgo County, Texas
Trial Court Cause No. C-2744-16-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court for a new trial, subject to remittitur. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case REMANDED for a new trial, subject to remittitur. Costs of the appeal are adjudged appellants, Luis de Jesus Lara Munoz and Unimex Logistics, L.L.C. and North American Specialty Insurance Company, as surety on the supersedeas bond.

We further order this decision certified below for observance.

April 9, 2020